CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 30 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| KEVIN TERRY DOTSON, | Civil Action No. 7:17-cv-121 |
| Petitioner, | Civil Action No. 7:13-cv-00529 |
| v. | **ORDER** |
| WARDEN OF KMCC, | By: Hon. Jackson L. Kiser |
| Respondent. | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the motion of "extrinsic fraud upon the court" in Civil Action No. 7:13-cv-00529 is construed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; the Clerk **SHALL** set up a new case for the construed § 2254 petition; the construed § 2254 petition is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 30th day of March, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge